1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                       **DISTRICT OF NEVADA**

10

11   UNITED STATES OF AMERICA,        )        2:08-cr-00272-HDM-RJJ
                                       )
12                    Plaintiff,       )
                                       )        ORDER
13   vs.                               )
                                       )
14   NIKKI BOX,                        )
                                       )
15                    Defendant.       )
     _____ )
16
          The defendant has petitioned the court for early termination
17
     of supervised release.  Any objections the government might have to
18
     the petition should be filed on or before August 23, 2012.  The
19
     court requests that the probation department file its
20
     recommendations to the court on or before August 23, 2012.
21
          **IT IS SO ORDERED.**
22
          DATED: This 9th day of August, 2012.
23

24                           _Howard D McKibben_

25                           _____
                             UNITED STATES DISTRICT JUDGE
26
27
28

                                    1